IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE K. COLBERT,

       Plaintiff,                      No. CIV S-06-1890 GEB KJM P

     vs.

A. AUDETTE, et al,

       Defendants.          <u>ORDER</u>

           Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On November 13, 2007, he filed a motion to compel discovery, asking for an order directing the defendants to comply with a request for production of documents he mailed to them on October 4, 2007. Defendants have opposed the motion, arguing that neither the request nor the motion are timely.

           On June 11, 2007, this court issued a scheduling order which provided:

> The parties may conduct discovery until October 5, 2007. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

           A request for the production of documents is governed by Federal Rule of Civil Procedure 34. According to the scheduling order, plaintiff's request should have been served on

1

1  defendants by August 6 and his motion to compel should have been filed by October 5, 2007.
2  Plaintiff has not explained why he failed to comply with the time limits established by the
3  scheduling order.
4        IT IS HEREBY ORDERED that plaintiff's November 13, 2007 motion to compel
5  is denied.
6  DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

9  2
10 colb1890.mtc