IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE K. COLBERT,

           Plaintiff,                No. CIV S-06-1890 GEB KJM P

    vs.

A. AUDETTE, et al.,

           Defendants.          ORDER

_____/

          Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Plaintiff has also requested an extension of time in which to file his pretrial statement.  However, that statement is not due until February 29, 2008 and plaintiff has not shown that he will be without his legal materials for so long that it would impede his ability to file the statement in a timely fashion.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's January 8, 2008 motion for the appointment of counsel is denied; and

2.  Plaintiff's January 8, 2008 request for an extension of time is denied.

DATED:  January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
colb1890.31

2