IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE K. COLBERT,

        Plaintiff,                    No. CIV S-06-1890 GEB KJM P

   vs.

A. AUDETTE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On February 15, 2008, he filed a motion "to have the court take custody of property in the form of videotape."  In the motion, he asks the court to have the U.S. Marshal serve a subpoena duces tecum on the Warden of High Desert State Prison to secure the videotape of the events of July 13, 2005, which are at issue in this action.  Defendants have not opposed the motion.

        It appears as though the videotape has some relevance to the issues to be tried. Accordingly, the court will direct counsel for the defendants to make it available for trial.

        In his pretrial statement, plaintiff requests the appointment of two "impartial experts," one to "testify to the extent of injuries and its subsequent effects on plaintiff future

/////

1

1  physical capabilities . . . ." and the other to "testify to the extent of the psychological head
2  injuries incurred . . . ."

3       The appointment of an independent expert witness under Federal Rule of
4  Evidence 706 is within a court's discretion.  Walker v. American Home Shield Long Term
5  Disability Plan, 180 F.3d 1065, 1071 (9th Cir. 1999).  Appointment may be appropriate when
6  "scientific, technical, or other specialized knowledge will assist the trier of fact to understand the
7  evidence or decide a fact in issue. . . ."  Ledford v. Sullivan, 105 F.3d 354, 358-59 (7th Cir.
8  1997).  In this case, however, plaintiff does not ask the court to appoint an independent expert
9  witness, but rather a witness who will support his position at trial.  The expenditure of public
10 funds on behalf of an indigent litigant is proper only when authorized by Congress.  Tedder v.
11 Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the
12 expenditure of public funds for expert witnesses.  See 28 U.S.C. § 1915.

13       IT IS HEREBY ORDERED that:

14       1. Plaintiff's request that the court take custody of a videotape (docket no. 23) is
15 granted in part and denied in part; counsel for the defendants is directed to make the videotape of
16 the events of July 13, 2005 available at trial; and

17       2. Plaintiff's request for the appointment of expert witnesses is denied.

18 DATED:  April 7, 2008.

_____
U.S. MAGISTRATE JUDGE

22  2
    cold1890.exp