# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GEORGE K. COLBERT,

        Plaintiff,                    No. CIV S-06-1890 GEB KJM P

vs.

A. AUDETTE, et al.,

        Defendants.               **ORDER & WRIT OF HABEAS CORPUS**
_____/       **AD TESTIFICANDUM**

        George K. Colbert, inmate # C-52264, a necessary and material witness in proceedings in this case on May 16, 2008, is confined in California Correctional Institution, 24900 Highway 202, P.O. Box 1031, Tehachapi, California, 93581, in the custody of Warden, William Sullivan; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at California Correctional Institution, May 16, 2008, at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, William Sullivan, California Correctional Institution, 24900 Highway 202, P.O. Box 1031, Tehachapi, California, 93581:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 10, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
colb1890.841tch