UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE K. COLBERT, | ) | |
| | ) | 2:06-cv-01890-GEB-KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| A. AUDETTE; H. BATES; B. HURLBERT; L. WOLCOTT, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

On June 9, 2008, Plaintiff filed a request for "a temporary restraining order ("TRO")and/or preliminary injunction," in which he seeks an order requiring return of "legal materials represent[ing] approximately three years of research and legal writing." However, Plaintiff has not made a showing of immediate irreparable harm sufficient to justify issuance of a TRO. Therefore, his request for a TRO is denied.

Dated: June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge