IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>            Plaintiff,<br><br>     v.<br><br>A. AUDETTE; H. BATES;<br>B. HURLBERT; L. WOLCOTT,<br><br>            Defendants. | 2:06-cv-01890-GEB-KJM<br><br>TRANSMITTAL TO PARTIES<br>OF TRIAL DOCUMENTS |

Attached are voir dire questions, preliminary jury instructions, closing jury instructions and verdict forms. Since no dispute exists as to whether Defendants acted under "color of law," this element need not be in the jury instructions. Where, as here, the record shows that the allegations of excessive force "plainly fall within the ambit of actions taken under color of law," this element is understood to exist and no instruction on it is necessary. United States v. Giordano, 442 F.3d 30, 44 (2nd Cir. 2006). Therefore, this element of Plaintiff's claims has been omitted from the attached instructions. Cf. Achor v. Riverside Golf Club, 117 F.3d 339, 341-42 (7th Cir. 1997) (indicating that

1 | instructions should help jurors concentrate on the issues at hand).
2 |         If a party disagrees, then a clear "color of law" element
3 | shall be proposed.  Defendants' proposed "color of law" element is
4 | not clear.
5 | Dated:  July 10, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge